AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 03-40045, |
| David Lee Dewey | ) | 03-40128, |
| | ) | 03-40129, |
| | ) | 03-40130, |
| _Defendant_ | ) | 03-40131 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   DAVID LEE DEWEY                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   18:3583(e)(3) Violation of Conditions of Supervised Release

Date:   11/23/2021

_Issuing officer's signature_

City and state:   Rock Island, Illinois

Shig Yasunaga, Clerk of Court
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_

PROB 12C
(12/04)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Lee Dewey

Case Number: 0753 4:03CR40128-001

Name of Sentencing Judicial Officer: Michael M. Mihm

Date of Original Sentence: 05/14/2004

Original Offense:
Aggravated Bank Robbery

October 26, 2007: Custody Sentence Reduce to 168 months, to run concurrent to other caes, pursuant to a Rule 35(b) motion.

Original Sentence: 276M BOP, 5Y TSR

Type of Supervision: TSR                    Date Supervision Commenced: 04/14/2021

Assistant U.S. Attorney: Jen Mathew

Defense Attorney: Terry Frederick

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | NEW LAW VIOLATION: RECKLESS DRIVING<br>NEW LAW VIOLATION: ENDANGERING SAFETY<br><br>MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.<br><br>SPECIAL CONDITION NO. 1: You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You |

PROB 12C
(12/04)

|   | Violation Number | Nature of Noncompliance |
|---|---|---|
|   |   | shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol.<br><br>On August 11, 2021, Mr. Dewey committed the offense of Reckless Driving and Endangering Safety. On that date, Mr. Dewey was fired from his position at United Alloys, Janesville, Wisconsin, when he was involved in a car crash in the parking lot of his employer. He was intoxicated at the time and the employer took him home. Five hours later, Mr. Dewey was contacted by the Janesville, Wisconsin, Police Department at his residence in reference to said accident. He was visibly intoxicated and provided a preliminary breath test with a result of 0.226 BAC. The officer was unable to conduct field sobriety or complete an OWI investigation because of the time that had lapsed from the accident to the personal contact. Mr. Dewey received a citation for Reckless Driving and Endangering Safety in Rock County, Wisconsin, Circuit Court Case No. 2021TR8951. He was ordered to pay a $389.50 fine on September 14, 2021. |
|   | 2. | NEW LAW VIOLATION: OPERATING WHLE INTOXICATED<br><br>MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.<br><br>SPECIAL CONDITION NO. 1: You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol.<br><br>On October 26, 2021, Mr. Dewey committed the offense of Operating While Intoxicated (OWI). On that date, Mr. Dewey was arrested by officers with the Janesville Police Department, Janesville, Wisconsin, for OWI (6th offense) in Rock County, Wisconsin, Circuit Court Case No. 2021CF1090. At the time of the arrest, he submitted a preliminary breath test with a result of 0.180 BAC. While searching the vehicle, officers found a pipe with an odor of burnt marijuana coming from it. He was cited in Rock County, Wisconsin, Circuit Court Case No. 2021FO1879 for an ordinance violation for possession of THC paraphernalia. Also during the search, officers found a Bureau of Alcohol, Tobacco, and Firearms (BATF) Special Agent badge. The officer checked Mr. Dewey's wallet and located a fake BATF Special Agent ID card, bearing the name David White with Mr. Dewey's photo. Mr. Dewey refused to comment at the time about the ID and badge. He was released on a $250 bond with the following conditions: restriction from operating a motor vehicle during pendency of case; maintain absolute sobriety (intoxicants and alcohol); the state court ordered Level 2 supervision through JusticePoint; and he was to contact JusticePoint within 24 hours of release from custody. His initial court appearance is scheduled for December 9, 2021, at 8:00 am. |

PROB 12C
(12/04)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

s/Sara Weiland  Sara Weiland
2021.11.23 13:13:32 -06'00'

U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other

s/Sara Darrow

Signature of Judicial Officer

11/23/21
Date